UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,

NO. CR. S-95-503 LKK
NO. CR. S-96-082 LKK

   v.

ERWIN AUGUST SPRUTH; MICHAEL PAUL SPRUTH; and JOHN ROGER ROWLEY,

O R D E R

        Movants.
_____/

    The court is in receipt of a volume of documents in a case long closed, and over which jurisdiction no longer exists nor is it appropriate.

    All motions are DENIED.

    IT IS SO ORDERED.

    DATED: November 1, 2005.

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT