UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-95-503 LKK

    Respondent/Plaintiff,

  v.                            O R D E R

ERWIN A. SPRUTH, et al.,

    Movant/Defendant.

/

    Defendant/Movant has filed a notice of appeal of this court's November 2, 2005 order denying all pending motions filed in the above-captioned case. The Court of Appeals has remanded the case for the limited purposes of determining whether or not to issue a Certificate of Appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

////

1

1 | Defendant/Movant's motions, where decipherable at all, are
2 | untimely, and have no basis in law or commonsense.
3 |     Accordingly, a certificate of appealability will not issue in
4 | this case.
5 |     On May 18, 2006, defendant/movant filed a "motion in
6 | opposition" to the Court of Appeals' limited remand.  Any such
7 | motion or opposition should be directed to the Court of Appeals and
8 | will be disregarded by this court.
9 |     IT IS SO ORDERED.
10 |    DATED:  May 26, 2006.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT