UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent/Plaintiff,

    v.

ERWIN A. SPRUTH, et al.,

        Movant/Defendant.

                                               NO. CR. S-95-503 LKK

                                               O R D E R

        On September 15, 1998, defendant Michael Paul Spruth was sentenced to 288 months in prison with 36 months of supervised release. Transcript of Sept. 15, 1998 Sentencing Hearing ("Tr.") at 4. The court also noted at sentencing that the applicable criminal history category was four. Id. However, defendant has notified the court of two clerical mistakes in the judgment. First, the judgment states that the defendant shall be on supervised release for a term of 48 months. Judgment and Commitment Order ("Judgment") at 4. This term deviates from the transcript of the sentencing hearing, which states that supervised release should last for 36 months. Tr. at 4. Second, the

1

judgment states that the applicable criminal history category is "VI" rather than "IV." Judgment at 8. Similarly, the transcript of the sentencing hearing indicates the correct offense level was four. Tr. at 4.

Rule 36 of the Federal Rules of Criminal Procedure allows the court to correct clerical mistakes. "Clerical mistakes in judgments, orders or other parts of the record and errors in the record arising from oversight or omission may be corrected by the court at any time and after such notice, if any, as the court orders." Thus, the court may exercise this power in the present case in order to conform the judgment to the oral sentence. Accordingly, the court orders that:

1. The Judgment filed September 28, 1998 is hereby AMENDED. Page 4 should reflect that defendant is subject to supervised release for 36 months, rather than 48 months. Page 8 should reflect that the criminal history category is IV, not VI.

2. The clerk is directed to send an embossed copy of the corrected Judgment to:

    Mr. J. Linden
    B Unit Case Manager
    FCI Sandstone
    P.O. Box 999
    Sandstone, MN 55072.

IT IS SO ORDERED.

DATED: September 28, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2