UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-95-503 LKK

    Plaintiff,

  v.                    O R D E R

ERWIN A. SPRUTH and MICHAEL P. SPRUTH,

    Defendants.
_____/

    The defendants' motion to modify their sentences is **DENIED** for the reasons set forth in the Government's response to the motion.

    IT IS SO ORDERED.

    DATED: May 22, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1