HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
MICHAEL PAUL SPRUTH


## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  Cr. S 95-503 JAM |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| MICHAEL PAUL SPRUTH, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | |
| | Judge:  Honorable JOHN A. MENDEZ |


Defendant, MICHAEL PAUL SPRUTH, by and through his attorney, Assistant Federal Defender David Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.    On October 23, 2014, Mr. Spruth filed a pro se motion with this Court to reduce his sentence;

2.    Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

3.    On September 15, 1998, this Court sentenced Mr. Spruth to the statutory maximum terms for each count for a total term of 288 months imprisonment, comprised of 120

months for each of two violations of 21 U.S.C. § 841(d)(2) (Counts 4 & 7), and 48 months for a violation of 21 U.S.C. § 843(b) (Count 1), all sentences to be served consecutively;

4.      His total offense level was 35, his criminal history category was IV, and the resulting guideline range was the statutory maximum term of 288 months;[1]

5.      The sentencing range applicable to Mr. Spruth was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

6.      Mr. Spruth's total offense level has been reduced from 35 to 33, and his amended guideline range is 188-235 months; and,

7.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Spruth's term of imprisonment to a total term of 235 months, comprised of a 94-month sentence on Count 4, a 93-month sentence on Count 7, and a 48-month sentence on Count 1, all sentences to be served consecutively.

Respectfully submitted,

Dated:  January 29, 2015                          Dated:  January 29, 2015
BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                           Federal Defender


 /s/ *Jason Hitt*                                    /s/ *David M. Porter*
JASON HITT                                       DAVID M. PORTER
Assistant U.S. Attorney                          Assistant Federal Defender

Attorney for Plaintiff                           Attorney for Defendant
UNITED STATES OF AMERICA               MICHAEL PAUL SPRUTH


                                    **ORDER**

        This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

---

[1] The original judgment mistakenly assigned a criminal history category of VI.  His actual criminal history category is IV, as reflected in the amended judgment entered on October 6, 2006 (CR #327).

1    The parties agree, and the Court finds, that Mr. Spruth is entitled to the benefit

2    Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended

3    guideline range of 188-235 months.

4    IT IS HEREBY ORDERED that the total term of imprisonment imposed in September

5    1998 is reduced to a total term of 235 months, comprised of a 94-month sentence on Count 4, a

6    93-month sentence on Count 7, and a 48-month sentence on Count 1, all sentences to be served

7    consecutively.

8    IT IS FURTHER ORDERED that all other terms and provisions of the amended

9    judgment remain in effect.[2]  The clerk shall forthwith prepare an amended judgment reflecting

10   the above reduction in sentence, and shall serve certified copies of the amended judgment on the

11   United States Bureau of Prisons and the United States Probation Office.

12   Unless otherwise ordered, Mr. Spruth shall report to the United States Probation Office

13   within seventy-two hours after his release.

14   Dated:   January 29, 2015

15                                          /s/ JOHN A. MENDEZ
                                           HONORABLE JOHN A. MENDEZ
16                                         United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

---

[2]  An amended judgment was entered on October 6, 2006 (CR #329) to correct clerical mistakes.