PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:95-CR-00503-JAM / 2:96-CR-082-JAM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ERWIN AUGUST SPRUTH, and MICHAEL PAUL SPRUTH, | |
| Defendants. | |

**ORDER**

For the reasons set forth in the United States' Application for Extension of Time to Respond to the defendants' Joint Motion for Termination of Supervised Release, the Court finds that good cause exists to extend the United States' time to file a response.

Based upon this finding and pursuant to Local Rules 430.1(b) and 144(d), IT IS HEREBY ORDERED that the United States shall file its response to the defendant's Joint Motion for Termination of Supervised Release by **July 13, 2017**. Any reply shall be filed by **July 20, 2017**.

**IT IS SO ORDERED**.

DATED: 7/7/2017  _____    /s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

APPLICATION FOR EXTENSION OF TIME TO FILE
RESPONSE; [PROPOSED] ORDER

3